# UNITED STATES BANKRUPTCY COURT
WESTERN **DISTRICT OF** OKLAHOMA

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| JIMMY DEAN PENNINGTON | § | Case No. 12-15582-SAH |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/13/2012 . The undersigned trustee was appointed on 11/13/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $            1,575.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1.66 |
| Bank service fees | 40.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]                $            1,533.34

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  05/13/2013  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 393.75 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 393.75 , for a total compensation of $ 393.75 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 77.28 , for total expenses of $ 77.28 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 11/08/2013                    By:/s/LYLE R. NELSON
                                              Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-15582 | SAH | Judge: | Sarah A. Hall | Trustee Name: | LYLE R. NELSON |
|---|---|---|---|---|---|---|

Case Name:   JIMMY DEAN PENNINGTON

For Period Ending:   11/08/2013

Date Filed (f) or Converted (c):   11/13/2012 (f)

341(a) Meeting Date:   12/13/2012

Claims Bar Date:   05/13/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Exchange Bank Checking Acct #6470 | 203.00 | 0.00 | | 0.00 | FA |
| 2.  Furniture, Appliances, Electronics, & Misc Household Items | 1,500.00 | 0.00 | | 0.00 | FA |
| 3.  Books, Pictures, Portraits, Etc. | 150.00 | 0.00 | | 0.00 | FA |
| 4.  Clothing | 700.00 | 0.00 | | 0.00 | FA |
| 5.  Charles Machine Trust 401K - $11,499 Esop - $16,374 (See Statements attached to Schedule "B") | 27,873.00 | 0.00 | | 0.00 | FA |
| 6.  2012 Dodge Pickup  Intention: Surrender vehicle | 46,000.00 | 0.00 | | 0.00 | FA |
| 7.  2012 Federal Tax Refund (u)  Amount of federal or state tax refund, if any, is unknown. Amount estimated for purposes of form 1 only. | 0.00 | 1,000.00 | | 1,551.00 | FA |
| 8.  2012 State Tax Refund (u)  Amount of federal or state tax refund, if any, is unknown. Amount estimated for purposes of form 1 only. | 0.00 | 500.00 | | 24.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $76,426.00 | $1,500.00 | | $1,575.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/13/2014        Current Projected Date of Final Report (TFR): 12/13/2014

Exhibit A

Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-15582
Case Name: JIMMY DEAN PENNINGTON

Trustee Name: LYLE R. NELSON
Bank Name: First National Bank - Vinita
Account Number/CD#: XXXXXX1044
Checking

Exhibit B

Taxpayer ID No: XX-XXX7220
For Period Ending: 11/08/2013

Blanket Bond (per case limit): $6,507,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/11/13 | | Jimmy Pennington 604 Marchbanks Perry, OK 73077 | Tax Refunds check no. 1006 | | $1,575.00 | | $1,575.00 |
| | | | Gross Receipts                 $1,575.00 | | | | |
| | 7 | | 2012 Federal Tax Refund        $1,551.00 | 1224-000 | | | |
| | 8 | | 2012 State Tax Refund             $24.00 | 1224-000 | | | |
| 04/05/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,565.00 |
| 05/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,555.00 |
| 06/06/13 | 10001 | International Sureties, LTD 701 Poydras St. New Orleans, LA 70139 | 2013 Bond premium report | 2300-000 | | $1.66 | $1,553.34 |
| 06/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,543.34 |
| 07/08/13 | | First National Bank - Vinita 102 W. Illinois Avenue Vinita, OK 74301 | Bank Service Fee | 2600-000 | | $10.00 | $1,533.34 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $1,575.00 | $41.66 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,575.00 | $41.66 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,575.00 | $41.66 |

Page Subtotals:                $1,575.00        $41.66

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1044 - Checking | $1,575.00 | $41.66 | $1,533.34 |
| | $1,575.00 | $41.66 | $1,533.34 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,575.00 |
| Total Gross Receipts: | $1,575.00 |

Page Subtotals:                                              $0.00          $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-15582-SAH
Debtor Name: JIMMY DEAN PENNINGTON
Claims Bar Date: 5/13/2013

Date: November 8, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | LYLE R. NELSON<br>TWO LEADERSHIP SQUARE<br>211 N. ROBINSON, STE. 1300<br>OKLAHOMA CITY, OK  73102-<br>7134 | Administrative | | $0.00 | $393.75 | $393.75 |
| 100<br>2200 | LYLE R. NELSON<br>TWO LEADERSHIP SQUARE<br>211 N. ROBINSON, STE. 1300<br>OKLAHOMA CITY, OK  73102-<br>7134 | Administrative | | $0.00 | $77.28 | $77.28 |
| 1U<br>300<br>7100 | Tulsa Teachers Credit Union<br>PO Box 4999<br>Tulsa OK 74159-0999 | Unsecured | | $0.00 | $14,467.75 | $14,467.75 |
| 2<br>300<br>7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Unsecured | | $1,563.00 | $1,617.51 | $1,617.51 |
| 3<br>300<br>7100 | Capital One Bank (USA) NA<br>by American InfoSource LP as<br>agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $3,496.00 | $3,496.51 | $3,496.51 |
| 4<br>300<br>7100 | Onemain Financial, Inc Asf<br>Citifinancial, Inc<br>P.O. Box 6042<br>Sioux Falls, Sd 57117-6042 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 5<br>300<br>7100 | Capital One NA<br>c/o Bass & Associates PC<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, AZ 85712 | Unsecured | | $897.00 | $979.43 | $979.43 |
| 6<br>300<br>7100 | eCast Settlement Corporation<br>assignee of Chase Bank USA NA<br>PO Box 29262<br>New York, NY 10087-9262 | Unsecured | | $2,947.00 | $2,947.01 | $2,947.01 |
| 7<br>300<br>7100 | Portfolio Recovery Associates LLC<br>successor in interest to<br>Capital One NA (HSBC Bank<br>Nevada NA)<br>by PRA Receivables Management<br>LLC, agent<br>PO Box 12914<br>Norfolk VA 23541 | Unsecured | | $4,150.00 | $1,404.62 | $1,404.62 |

Printed: November 8, 2013

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-15582-SAH                                                    Date: November 8, 2013
Debtor Name: JIMMY DEAN PENNINGTON
Claims Bar Date: 5/13/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1S | Tulsa Teachers Credit Union | Secured | | $46,267.00 | $31,880.00 | $0.00 |
| 400 | PO Box 4999 | | | | | |
| 4210 | Tulsa OK 74159-0999 | | | | | |
| | Case Totals | | | $59,320.00 | $57,263.86 | $25,383.86 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                                          Printed: November 8, 2013

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-15582-SAH
Case Name: JIMMY DEAN PENNINGTON
Trustee Name: LYLE R. NELSON

Balance on hand                                              $          1,533.34

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Tulsa Teachers Credit Union | $    31,880.00 | $    0.00 | $    0.00 | $    0.00 |

Total to be paid to secured creditors                 $_____0.00

Remaining Balance                                       $_____1,533.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LYLE R. NELSON | $    393.75 | $    0.00 | $    393.75 |
| Trustee Expenses: LYLE R. NELSON | $    77.28 | $    0.00 | $    77.28 |

Total to be paid for chapter 7 administrative expenses    $_____471.03

Remaining Balance                                       $_____1,062.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,912.83  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Tulsa Teachers Credit Union | $          14,467.75 | $          0.00 | $          616.92 |
| 2 | DISCOVER BANK | $          1,617.51 | $          0.00 | $          68.97 |
| 3 | Capital One Bank (USA) NA | $          3,496.51 | $          0.00 | $          149.09 |
| 4 | Onemain Financial, Inc Asf Citifinancial, Inc | $          0.00 | $          0.00 | $          0.00 |
| 5 | Capital One NA | $          979.43 | $          0.00 | $          41.76 |
| 6 | eCast Settlement Corporation | $          2,947.01 | $          0.00 | $          125.67 |
| 7 | Portfolio Recovery Associates LLC | $          1,404.62 | $          0.00 | $          59.90 |

Total to be paid to timely general unsecured creditors          $          1,062.31

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE